IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DANIEL and VIRGINIA GARCIA    )
                                      )    Case No. 17-BK-25132
Debtors                               )

### DEBTORS' MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE

Now comes DANIEL and VIRGINIA GARCIA, Debtors, by their attorney, SERRATO LAW, LLC., and respectfully request that the above-captioned case be reopened pursuant to FRCP 60(b)(1) in order to accord relief to the Debtors and in support thereof state as follows:

1. Debtors filed bankruptcy pursuant to chapter 7 of the Bankruptcy Code on August 22, 2017.

2. An Order of Discharge for the Debtors was entered on May 27, 2018.

3. That the interests of justice would be served by re-opening Debtor's case to accord debtor the relief originally sought.

4. A subsequent assignee to a judgment creditor has filed to revive a judgment lien associated with a judgment included in the Order of Discharge of May 27, 2018.

5. Debtor requests to reopen case for the purposes to avoid said lien.

WHEREFORE, Debtors requests that their case be re-opened to allow Debtors to proceed with their case, the Court to issue an order avoiding Creditor's lien pursuant to 11 USC Sec. 522(f)(1)(A) and for such other and further relief as this Court deems just and proper.

Dated: September 16, 2022

        DANIEL GARCIA

        VIRGINIA GARCIA

        BY:   /s/ Raul Serrato
            Raul Serrato
            Attorney for Debtor

Raul Serrato, Esq.
ARDC# 6285152
Serrato Law, LLC
Attorneys for Debtor
1310-A W. 18th St.
Chicago, Illinois 60608
(312) 888-9673
Email: attorney@serrlaw.com
Backup email: rserrato@serrlaw.com