IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | | |
|     Daniel & Virginia Garcia ) | Case No: | 17-25132 |
| ) | Judge: | Jack B. Schmetterer |
| ) | Chapter | 7 |
| Debtor(s) ) | Hearing Date: | |
| ) | | |

## NOTICE OF MOTION

TO:   **Sandra A. Aguilera (saguilera@maslawllc.com)**
**Vanessa E. Seiler (vseiler@maslawllc.com)**
**Manetti Aguilera Seiler LLC**
**2213 Lakeside Drive**
**Bannockburn, IL 60015**
**Ph. (224)-706-6932**

PLEASE TAKE NOTICE that on October 4, 2022 at 9:30 A.M. or as soon thereafter as I may be heard, I shall appear before the Honorable Jack B. Schmetterer or any other Bankruptcy Judge presiding in his place in Courtroom 642 at 219 South Dearborn Street, Chicago, Illinois, on the attached Debtor's Motion to Re-open at which time you may appear if so desired.

## PROOF OF SERVICE

I, Raul Serrato, certify that I served a copy of this notice and the attached Motion to Re-Open on each entity shown on the attached list at the addresses shown and by the method indicated on the list on September 16, 2022, at 6:00 P.M.

                                                                /s/ Raul Serrato

Raul Serrato, Esq.
ARDC# 6285152
Serrato Law, LLC
Attorneys for Debtor
1310-A W. 18th St.
Chicago, Illinois 60608
(773) 847-8982