3315        (Rev. 6/11/02) CCG 0015
**Memorandum of Judgment**



Doc#:  1535019096 Fee: $40.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 12/16/2015 03:40 PM Pg: 1 of 1

## IN THE CIRCUIT COURT OF
## COOK COUNTY, ILLINOIS

MONTY TITLING TRUST 1

v.

DANIEL GARCIA, et al.

Recorder's Stamp

No. 2014 CH 02711

## MEMORANDUM OF JUDGMENT

On August 26                          , 2015        , judgment was entered in this court

in favor of the plaintiff Monty Titling Trust 1, successor by assignment from Monty SPV, LLC, successor by

assignment from BMO Harris Bank National Association, successor by merger with Harris, N.A.

and against defendant Daniel Garcia, an individual

whose address is last known as 3417 W. Cermak Road, Chicago, Illinois 60623

in the amount of $ 531,768.70                    .

Judge

ENTERED
Judge 1915
Judge Robert Senechalle-1915

DEC 15 2015

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Atty. No.: 44250
Name: Riemer & Braunstein LLP
Atty. for: Plaintiff
Address: 71 South Wacker Drive, Suite 3515
City/State/Zip: Chicago, IL 60606
Telephone: 312/780-1173

CCRD REVIEWER

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**GROUP EXHIBIT 3**

**3315**  (Rev. 6/11/02) CCG 0015
**Memorandum of Judgment**



**IN THE CIRCUIT COURT OF
COOK COUNTY, ILLINOIS**

MONTY TITLING TRUST 1

v.

DANIEL GARCIA, et al.

Doc#:  1535019097 Fee: $40.00
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 12/16/2015 03:40 PM Pg:  1 of 1

**Recorder's Stamp**

No.  2014 CH 02711

### MEMORANDUM OF JUDGMENT

On  August 26                          ,  2015      , judgment was entered in this court

in favor of the plaintiff  Monty Titling Trust 1, successor by assignment from Monty SPV, LLC, successor by

assignment from BMO Harris Bank National Association, successor by merger with Harris N.A.

and against defendant  Virginia Garcia, an individual

whose address is  last known as 5947 S. Kolmar, Chicago, Illinois 60629

in the amount of $  531,768.70          .

Atty. No.: 44250
Name:  Riemer & Braunstein LLP
Atty. for:  Plaintiff
Address:  71 South Wacker Drive, Suite 3515
City/State/Zip: Chicago, IL 60606
Telephone: 312/780-1173

Judge

**E N T E R E D**  Judge's No.
Judge Robert Senechalle - 1915

DEC 1 5 2015

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

CCRD REVIEWER

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**