**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
|    Daniel & Virginia Garcia ) | Case No:     17-25132 |
| ) | Judge:  A. Benjamin Goldgar |
| ) | Chapter        7 |
|    Debtor(s) ) | Hearing Date: |
| ) | |

## AMENDED NOTICE OF MOTION

TO:    **Sandra A. Aguilera (saguilera@maslawllc.com)**
**Vanessa E. Seiler (vseiler@maslawllc.com)**
**Manetti Aguilera Seiler LLC**
**2213 Lakeside Drive**
**Bannockburn, IL 60015**
**Ph. (224)-706-6932**

PLEASE TAKE NOTICE that on October 17, 2022 at 9:30 A.M., I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the motion of Debtor's Second Motion to Re-open and Motion to Waive Reopening Fee, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link:  https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password.** The meeting ID for this hearing is 161 500 0972 and the password is 726993. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Raul Serrato
By:     /s/Raul Serrato

## **CERTIFICATE OF SERVICE**

      I, Raul Serrato, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on October 5, 2022, at 4:30 P.M.

                                                            /s/ Raul Serrato

Raul Serrato, Esq.
ARDC# 6285152
Serrato Law, LLC
Attorneys for Debtor
1310-A W. 18th St.
Chicago, Illinois 60608
(773) 847-8982