UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-25132 |
| Daniel & Virginia Garcia | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO REOPEN CASE, WAIVING REOPENING FEE, AND REASSIGNING CASE**

This matter coming before the court on the debtors' motion to reopen chapter 7 case and waive reopening fee, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The case is reopened. The reopening fee is waived.

The clerk of court is directed to reassign this case to Chief Judge Goldgar.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: October 17, 2022

**Prepared by:**