**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: DANIEL and VIRGINIA GARCIA    )
                                     )    Case No. 17-BK-25132
Debtors                              )

**MOTION TO AVOID CREDITOR'S LIEN PURSUANT TO 11 USC § 522(F)(2)**

      COMES NOW Daniel and Virginia Garcia ("Debtors"), by and through their attorney, Raul Serrato, pursuant to 11 U.S.C.A. § 522(f) and the Federal Rules of Bankruptcy Procedure 4003(d) and 9014, to request this Court enter an Order avoiding the judicial lien held by **CCIC I LLC, successor by assignment Monty Titling Trust 1, successor by assignment from Monty SPV, LLC, successor by assignment from BMO Harris Bank National Association, successor by merger with Harris, N.A.**, on **and 5947 Kolmar, Chicago, Illinois 60629 and 3417 W. Cermak Road, Chicago, Illinois 60623**, (the Properties). In support of this Motion, Debtors state the following:

    1.   This Court has jurisdiction pursuant to 28 U.S.C.A. § 1334(a). This matter is a core proceeding as provided by 28 U.S.C.A. § 157(b)(2)(K).

    2.   The Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code on August 22, 2017.

    3.   The Debtors are entitled to an exemption in these Properties in the amount of combined homeowners exemption $30,000.00, pursuant to 735 ILCS 5/12-901 and 735 ILCS 5/12-1001(b).(**SPECIFICATION OF STATUTE**)

    4.   The Debtors' 5947 S. Kolmar, Chicago, Illinois Property has a fair market value of $195,000.00. This valuation is based upon online (Zillow) price estimate of June 2017. (**DESCRIPTION FOR BASIS FOR VALUATION**)

    5.   The Debtors' 3417 w. Cermak Road, Chicago, Illinois Property has a fair market value of $140,000.00. This valuation is based upon A COMMERCIAL APPRAISAL BY LUCIANO APPRAISALS Dated June 26, 2017. (**DESCRIPTION FOR BASIS FOR VALUATION**)

    6.   The Properties are subject to the following judicial lien: judicial lien held by CCIC I LLC, successor in interest to judgment creditor, MONTY TITLING 1, successor by assignment from MONTY SPV, LLC, successor by assignment from BMO HARRIS BANK National Association, successor by merger with HARRIS, N.A. (**NAME OF REPSONDENT**) which

resulted from a judgment against Debtors dated AUGUST 26, 2015 in the CIRCUIT COURT OF COOK COUNTY (**NAME OF COURT**) in the amount of $531,768.70. The outstanding balance of the lien is $858,850.71.

7. Respondent's interest in the Property is not a statutory lien.

8. Section 522(f)(2)(A) of the Bankruptcy Code provides:

   A. The lien;

   B. All other liens on the property; and

   C. The amount of the exemption that the Debtors could claim if there were no liens on the property; exceeds the value that the Debtors' interest in the property would have in the absence of any liens.

9. Section 522(f)(2)(B) provides that *in the case of a property subject to more than 1 lien, a lien that has been avoided shall not be considered in making the calculation under subparagraph (a) with respect to other liens.*

10. Following the formula set forth in § 522(f)(2)(A) for determining whether a lien impairs an exemption, the Debtors:
    - Adds the lien being tested for avoidance:           +   $531,768.70
    - Adds all other liens:                                +$   429,335.22
    - Adds the maximum exemption allowable in the absence of other liens   +$   38,000.00
    - Totaling:                                            +$   999,103.92
    - *Then*, from this total sum, Subtracts the value Of the Property absent any liens:   less$   335,000.00
    - To Determine the extent of the impairment:           $   664,103.92

11. Since the extent of the impairment of the exemption, $   664,103.92   , exceeds the entire value of Respondent's lien, $531,768.70, the entire lien is avoidable.

WHEREFORE, the Debtors respectfully requests that this Court enter an Order:

   A. Avoiding the judicial lien by CCIC I LLC, successor in interest to judgment creditor, MONTY TITLING 1, successor by assignment from MONTY SPV, LLC, successor by assignment from BMO HARRIS BANK National Association, successor by merger with HARRIS, N.A. (**NAME OF RESPONDENT**) on the Property in the amount of $531,768.70, and

   B. Granting such other relief as is fair and equitable

Respectfully submitted,

<u>Daniel Garcia</u>

<u>Virginia Garcia</u>
Name of Debtors

<u>Raul Serrato</u>
Name of Attorney

Raul Serrato, Esq.
1310A W. 18th St.
Chicago, IL 60608
Phone: (312) 888-9673
Email:  attorney@serrlaw.com
Backup email:  rserrato@serrlaw.com
Attorney ARDC# 6285152

**CERTIFICATE OF SERVICE**

     I the undersigned, an attorney, hereby certify and state under penalty of perjury by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, that he caused to be served the foregoing to the parties indicated below by ( ) personal service, (X) email or by ( ) placing a copy of same into the U.S. mail proper postage prepaid, at 1310 W. 18th Street, Chicago, IL 60608 on September 16, 2022 prior to the hour of 4:30 p.m.

/s/ Raul Serrato
Raul Serrato

Raul Serrato, Esq.
1310A W. 18th St.
Chicago, IL 60608
Phone: (312) 888-9673
Email:  attorney@serrlaw.com
Backup email:  rserrato@serrlaw.com
Attorney ARDC# 6285152